UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CARPENTERS' DISTRICT COUNCIL OF )
GREATER ST. LOUIS, et al., )
)
    Plaintiffs, )
) Case No. 4:03CV01403CAS
v. )
)
F.G. LANCIA CUSTOM WOODWORKING, LLC, )
)
    Defendant. )

## STIPULATION FOR ENTRY OF CONSENT JUDGMENT

Come now the parties and stipulate as follows:

1.     Judgment shall be entered in favor of plaintiffs and against defendant in the amount of $46,276.36, which consists of $37,094.81 in delinquent contributions owed through September 2003, $7,418.96 in liquidated damages, $1,312.59 in interest and $450.00 court costs and attorneys' fees.

2.     Execution on the judgment amount set forth in paragraph 1, above, shall be stayed so long as defendant complies with paragraphs 3 and 4, below.

3.     Defendant shall make payments to plaintiffs pursuant to the following schedule:

    1)     $2,000.00 on or before November 1, 2003;
    2)     $2,000.00 on or before December 1, 2003;
    3)     $2,000.00 on or before January 1, 2004;
    4)     $2,000.00 on or before February 1, 2004;
    5)     $2,000.00 on or before March 1, 2004;
    6)     $2,000.00 on or before April 1, 2004;
    7)     $2,000.00 on or before May 1, 2004;
    8)     $2,000.00 on or before June 1, 2004;
    9)     $2,000.00 on or before July 1, 2004;
    10)     $2,000.00 on or before August 1, 2004;
    11)     $2,000.00 on or before September 1, 2004;

    12)    $2,000.00 on or before October 1, 2004;

    13)    $2,000.00 on or before November 1, 2004;

    14)    $2,000.00 on or before December 1, 2004;

    15)    $2,000.00 on or before January 1, 2005;

    16)    $2,000.00 on or before February 1, 2005;

    17)    $2,000.00 on or before March 1, 2005;

    18)    $2,000.00 on or before April 1, 2005; and

    19)    $1,544.81 on or before May 1, 2005;

4.    Defendant shall submit its reports and contributions to the Carpenters Funds on or before the date due as set forth in the collective bargaining agreement to which defendant is party, or to which defendant becomes party during the period set forth in paragraph 3, above.

5.    If defendant fails to make a payment when due pursuant to paragraph 3 above, or fails to submit its reports and contributions as required by paragraph 4, above, the entire judgment, less any payments made, shall become immediately due. If defendant complies with paragraph 3 and 4, above, then payment of the amount referenced in paragraph 3 shall satisfy this judgment.

6.    The parties acknowledge that this Stipulation is based upon unaudited reports submitted by defendant, and that if plaintiffs discover through an audit of defendant's records that additional amounts are owed, then plaintiffs shall be entitled to pursue the collection of such amounts.

WHEREFORE, the parties stipulate to entry of a consent judgment according to the above terms.

| | |
|---|---|
| DIEKEMPER, HAMMOND, SHINNERS, TURCOTTE AND LARREW, P.C.<br>7730 Carondelet Avenue, Suite 200<br>St. Louis, Missouri 63105<br>Phone: (314) 727-1015<br>Fax:    (314) 727-6804 | F.G. LANCIA CUSTOM WOODWORKING, LLC |
| _____<br>GREG A. CAMPBELL, #2774<br>Attorneys for Plaintiffs | By: _____<br>    FRANK J. LANCIA |

SO ORDERED:

_____          Date: 11/5/03
UNITED STATES DISTRICT JUDGE

3