UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 4:03CV01403CAS |
| v. | ) ) | |
| F.G. LANCIA CUSTOM WOODWORKING, LLC, | ) ) | |
| Defendant. | ) | |

## SATISFACTION OF JUDGMENT

Come now plaintiffs, through counsel, and state that the Judgment entered in the above-styled case on November 5, 2003 has been satisfied in full.

Respectfully submitted,

DIEKEMPER, HAMMOND, SHINNERS,
TURCOTTE AND LARREW, P.C.
7730 Carondelet, Suite 200
St. Louis, Missouri 63105
Phone: (314) 727-1015
Fax:  (314) 727-6804

        /s/ Greg A. Campbell
GREG A. CAMPBELL, #2774

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2005 the foregoing was filed electronically with the Clerk of Court, and that a copy was mailed by the United States Postal Service to the following non-participants in Electronic Case Filing: F. G. Lancia Custom Woodworking, LLC, 303 High Meadows, Ballwin, MO  63021.

        /s/ Greg A. Campbell